# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Daniel Joseph Atencio**  CASE NO **21-40218-ELM**

CHAPTER **13**

## VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

[ ] is the first mailing list filed in this case.

[ X ] adds entities not listed on previously filed mailing list(s).

[ ] changes or corrects names and address on previously filed mailing lists.

Date 2/26/2021    Signature /s/ Daniel Joseph Atencio
*Daniel Joseph Atencio*

Date _____    Signature _____

/s/ Richard D. Kinkade
*Richard D. Kinkade*
*11477350*
*Law Office of Richard D. Kinkade*
*2121 W Airport Freeway*
*Suite 400*
*Irving, TX 75062*
*(972) 256-4444*

American Express
POB 650448
Dallas, TX 75265-0448

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Caliber Collision Body Shop
c/o IGW
POB 210
Akron, OH 44011

Capital One
POB 30281
Salt Lake City, UT 84130-0281

Credit One Bank
POB 60500
City of Industry, CA 91716-0500

David Barnett
15233 Preacher's Lane
Frisco, TX 75035

Doctor Green Services
c/o ABC Credit Recovery
POB 3722
Lislie, IL 60532

First Premier Bank
POB 5529
Sioux Falls, SD 57117

Grayson Collin Electric
14568 FM 121
Vam Alstyne, TX 75495

Internal Revenue Service
1100 Commerce Street
M/S MC5027 DAL
Dallas TX 75242

NTTA
PO Box 660844
Dallas, TX 75266

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

U-Haul Moving
2650 Kathryn Lane
Plano, TX 75025